[No. 68079-0-I.  Division One.  June 3, 2013.]

GOVERNORS POINT DEVELOPMENT COMPANY, *Appellant,* v. THE CITY OF BELLINGHAM ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-2-00923-2, Charles R. Snyder, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 68177-0-I.  Division One.  June 3, 2013.]

SCOTTY'S GENERAL CONSTRUCTION, INC., *Respondent,* v. GLORIA PAZOOKI ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-07414-3, Mary E. Roberts, J., entered December 19, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 68227-0-I.  Division One.  June 3, 2013.]

SHEPLER CONSTRUCTION, INC., *Respondent,* v. GARY LEONARD ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for San Juan County, No. 02-2-05162-7, Vickie I. Churchill, J., entered December 21, 2011. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Dwyer, J. Now published at 175 Wn. App. 239.

[No. 68312-8-I.  Division One.  June 3, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. AMY S. SONG, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01819-5, Eric Z. Lucas, J., entered January 13, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Becker and Dwyer, JJ.